1  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
3  Los Angeles, California  90067-6035
   Telephone: +1 310 553 6700
4  Facsimile: +1 310 246 6779

5  *Attorneys for Defendants CBS Broadcasting Inc.,
   Paramount Global, and Wendy McMahon*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF VAUGHN,<br><br>Plaintiff,<br><br>v.<br><br>CBS BROADCASTING, INC., a Delaware Corporation, and PARAMOUNT GLOBAL, a Delaware Corporation, Wendy McMahon, an individual,<br><br>Defendants. | Case No.: 2:24-cv-05570-HDV-RAO<br><br>**DEFENDANTS CBS BROADCASTING INC., PARAMOUNT GLOBAL, AND WENDY MCMAHON'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1-1 AND FED. R. CIV. P. 7.1**<br><br>Complaint Filed: July 1, 2024 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants CBS Studios Inc. and Paramount Global make the following disclosure:

CBS Broadcasting Inc. is an indirectly wholly-owned subsidiary of Paramount Global.  Paramount Global is a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global.  Paramount Global is not aware, without further inquiry, of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES

Pursuant to Rule 7.1-1 of this Court's Local Rules, the undersigned counsel of record for Defendants CBS Broadcasting Inc. and Paramount Global certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

- CBS Broadcasting Inc. (Defendant)
- Paramount Global (Defendant)
- Wendy McMahon (Defendant)
- Jeff Vaughn (Plaintiff)

Dated: September 9, 2024

**O'MELVENY & MYERS LLP**

By: */s/ Molly M. Lens*
Molly M. Lens
mlens@omm.com

*Attorney for Defendants CBS Broadcasting Inc., Paramount Global, and Wendy McMahon*

- 2 -

CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES
2:24-CV-05570-HDV-RAO