LINK 33

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF VAUGHN, <br><br> Plaintiff, <br><br> v. <br><br> CBS BROADCASTING, INC., a Delaware Corporation, and PARAMOUNT GLOBAL, a Delaware Corporation, Wendy McMahon, an individual, <br><br> Defendants. | Case No.: 2:24-cv-05570-HDV-RAO <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE [DKT NO. 33] |

On January 14, 2025, Plaintiff Jeff Vaughn ("Plaintiff") and Defendants CBS Broadcasting Inc., Paramount Global, and Wendy McMahon ("Defendants" and together with Plaintiff, the "Parties") filed a Joint Stipulation to Continue Scheduling Conference. Subject to the Court's approval, the Parties jointly requested that the Scheduling Conference be continued in light of a scheduling conflict.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows: The Rule 26 conference will be noticed for February 6, 2025 at 10am.

[PROPOSED] ORDER
GRANTING JOINT STIPULATION
2:24-CV-05570-HDV-RAO

1  **IT IS SO ORDERED.**

3  Dated: 01/15/25

_____
HON. HERNÁN D. VERA