MOLLY M. LENS (S.B. #283867)
mlens@omm.com
SAM H.S. DONOHUE (S.B. #329526)
sdonohue@omm.com
PAOLA MÉNDEZ (S.B. #353372)
pmendez@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

*Attorneys for Defendants CBS Broadcasting Inc.,
Paramount Global, and Wendy McMahon*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF VAUGHN,<br><br>Plaintiff,<br><br>v.<br><br>CBS BROADCASTING INC., PARAMOUNT GLOBAL, and WENDY McMAHON<br><br>Defendants. | Case No.: 2:24-cv-05570-HDV-RAO<br><br>**DECLARATION OF MIKE DELLO STRITTO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Mike Dello Stritto, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I make this declaration in support of Defendants CBS Broadcasting Inc. ("CBS"), Paramount Global, and Wendy McMahon's (collectively, "Defendants") Motion for Summary Judgment. This declaration is intended to supplement my deposition testimony from September 16, 2025. That is, for the avoidance of doubt, I am not changing any of the testimony that I provided in response to the questions posed by Plaintiff's counsel but rather am providing additional information to support the motion. I submit this Declaration based on my personal knowledge or my familiarity with the business practices of KCBS-TV and KCAL-TV ("KCBS/KCAL" or the "Station"), the local CBS news stations in Los Angeles. If called and sworn as a witness, I could and would testify competently thereto.

2. I have been the Vice President and News Director of KCBS/KCAL since February of 2022. My job responsibilities include making decisions relating to the hiring, retention, and termination of on-air talent, including news anchors and reporters.

3. One important way in which anchors and reporters can interact with the community is by participating in or hosting community events on-air and off, which typically happens in one of three ways: (1) as assigned by the station; (2) at the request of local organizations; or (3) on the anchors' and reporters' own initiative. In the first scenario, staffing or casting for the event is typically determined by the Assistant News Director based on the needs of the event, the talents' qualifications, and other staffing needs. Protected characteristics are not considered.

4. It is generally not possible for all anchors or reporters to attend any given event, including because when some anchors are attending community

-1-   DELLO STRITTO DECL. ISO DEFENDANTS' MSJ

events, KCBS/KCAL will need others to be in the newsroom to cover regularly-scheduled broadcasts.

5. Based on my 24 years of experience in the TV news industry, it is my view that the quality of an anchor's performance has objective and subjective elements. The objective element is the anchor's accuracy in reading the script or teleprompter; for example, reading the correct words without stumbling or making mistakes. Other aspects of an anchor's performance—such as style, tone, pacing, authenticity, ability to engage with the viewer, or chemistry with co-anchors—are subjective measures.

6. My expectations for KCBS/KCAL's anchors' performance on the anchor desk include, first and foremost, reading the script or teleprompter smoothly and accurately. As to style, anchors should be conversational, engaging, authentic, and dynamic, as opposed to more formal.

7. My assessment of Mr. Vaughn's performance on the news desk after I became News Director in February 2022 was that Mr. Vaughn was not very effective as an anchor. Specifically, Mr. Vaughn made too many mistakes in reading the script or teleprompter, and he stumbled frequently. From my subjective perspective, Mr. Vaughn's delivery of the news came off as boring and flat, and I did not see him as having good chemistry with his co-anchors.

8. My assessment of Mr. Vaughn's performance as an anchor also considered his relatively minimal involvement in the community, and was informed, in part, by information reported to me by Assistant News Director Jennifer Pierce, who also supervised Mr. Vaughn and who generally coordinated the staffing or casting of KCBS/KCAL talent at community events.

9. Mr. Vaughn rarely, if ever, volunteered to work at community events, and rarely, if ever, was requested by community organizations to emcee or attend events.

10. On May 4, 2022, Mr. Vaughn emailed KCBS/KCAL's President and

General Manager, Joel Vilmenay, and me a PDF document he compiled to show us his community involvement; I understand the email has been produced in this action bearing Bates No. CBS-VAUGHN-0003648, and the attached PDF has been produced bearing Bates No. CBS-VAUGHN-0003649.  It is my view that this document in fact proved the point about my concerns regarding Mr. Vaughn's lack of engagement with the Los Angeles community.  The document shows that Mr. Vaughn was involved in a handful of events over the course of about five years. This document ultimately did not improve my perception of Mr. Vaughn's performance, including because at the time that Mr. Vaughn sent this document, Mr. Vilmenay and I were already aware of Mr. Vaughn's involvement in these events.

11.     I observed Mr. Vaughn's performance starting when I became News Director on February 14, 2022, up until his last day on air on September 22, 2023. I did not observe any notable improvement in Mr. Vaughn's performance as an anchor (either on or off the desk) at any point during that time period.

12.     In my capacity as News Director, I conveyed my concerns about Mr. Vaughn's performance at the anchor desk and in the community to Mr. Vilmenay and to Jennifer Mitchell, President of CBS Stations for the West Coast.

13.     I also conveyed my concerns about Mr. Vaughn's performance to Laurie Orlando, Senior Vice President of Talent Strategy at CBS, when I met with her in person in May of 2022.

14.     I decided that KCBS/KCAL should not renew Mr. Vaughn's contract, and should ultimately terminate him, due to his performance as an anchor, including his poor performance reading the news on the anchor desk and his failure to connect with viewers and the Los Angeles community, as detailed above.

15.     Neither Jeff Vaughn's race nor any other protected trait played any part in my decision that the Station should not renew his contract and/or to terminate him.

-3-    DELLO STRITTO DECL. ISO DEFENDANTS' MSJ

16. Mr. Vaughn's contract was ultimately extended beyond its intended expiration in November 2022, and Joel Vilmenay consulted with me about each decision to extend Mr. Vaughn's contract in late 2022 and early 2023. However, KCBS/KCAL's intentions with regards to Mr. Vaughn's ultimate transition out of the anchor role did not change, as I communicated to Mr. Vaughn on more than one occasion in 2023.

17. When KCBS/KCAL was considering hiring Mike Marza in 2022, I understood him to be a white man.

18. Neither Mr. Marza's race nor any other protected trait played any part in my decision that the Station should offer him the role of evening news anchor.

19. When KCBS/KCAL was considering hiring Alex Maragos as an evening news anchor in 2023, I had no understanding of what his race or ethnicity was.

20. Neither Mr. Maragos's race nor any other protected trait played any part in my decision that the Station offer him the role of evening news anchor.

21. Other than the candidate interview slate policy, I am not aware of any so-called Diversity, Equity, and/or Inclusion policy (let alone any numerical quota, mandate, target, guideline, goal, or the like) ("so-called DE&I Policies") that applied to KCBS/KCAL's hiring, retention, or promotion of on-air talent. While the candidate interview slate policy technically should have applied to the hiring of the person who would replace Mr. Vaughn on some of his assigned news broadcasts, the policy had no impact on who we considered or interviewed, much less hired.

22. To the best of my knowledge, I have not been provided with documents (including slides, tips, guidelines, etc.) reflecting any so-called DE&I Policies during my tenure as a Vice President and News Director for CBS.

1 | I declare under penalty of perjury under the laws of the State of California
2 | that the foregoing is true and correct. Executed on October _8_, 2025 in
3 | ___Studio City___, CA.

_/s/ Mike Dello Stritto_
Mike Dello Stritto