**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF VAUGHN, <br><br> Plaintiff, <br><br> v. <br><br> CBS BROADCASTING, INC., PARAMOUNT GLOBAL, and WENDY McMAHON <br><br> Defendants. | Case No.: 2:24-cv-05570-HDV-RAO <br><br> ~~[PROPOSED]~~ **JUDGMENT ON PLAINTIFF'S COMPLAINT** <br><br> # JS-6 |

1

## ~~[PROPOSED]~~ JUDGMENT

Judgment is hereby entered against Plaintiff Jeff Vaughn and in favor of Defendants CBS Broadcasting Inc., Paramount Global, and Wendy McMahon on the claims in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 54(b).   Plaintiff shall take nothing by his Complaint.

**SO ORDERED.**

Dated: May 7, 2026

_____

Hon. Hernan D. Vera
United States District Judge

2